# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-09213-ODW-JEM | Date | August 27, 2020 |
|---|---|---|---|
| Title | Ryan U. Cuevas v. Andrew M. Saul | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT'S NOTICE OF NON-RECEIPT OF PLAINTIFF'S INITIAL PORTION OF JOINT STIPULATION AND DECLARATION**

On August 25, 2020, Defendant filed a Notice Of Non-Receipt Of Plaintiff's Initial Portion Of Joint Stipulation And Declaration (Dkt. 21) indicating that Plaintiff failed to file his portion of the Joint Stipulation which was due on June 22, 2020. The Court has granted four extensions.

Accordingly, the Court ORDERS plaintiff to show cause in writing on or before **September 30, 2020** why this action should not be dismissed for lack of prosecution. Defendant may file any reply by **October 15, 2020**. Plaintiff is advised that failure to provide Defendant with his portion of the Joint Stipulation may result in the Court recommending that the case be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure, Rules 4(l) and 4(m).

cc:  All Parties

|  | : |
|---|---|
| Initials of Preparer | slo |