# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN U. CUEVAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | Case No. CV 19-09213-ODW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation have been filed within the time allowed for Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　**IT IS HEREBY ORDERED** that Judgment shall be entered AFFIRMING the Commissioner's decision to deny Supplemental Security Income benefits to Plaintiff and DISMISSING this action with prejudice.

DATED:  April 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE